IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DARCY LOWE, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:22-cv-407-O-BP |
| COMMISSIONER OF SOCIAL SECURITY, | § § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Defendant's Motion (ECF No. 19) is **GRANTED**, this case is **REVERSED**, and it is **REMANDED** to the Commissioner for further administrative action.

**SO ORDERED** on this 2nd day of December, 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE